US BANKRUPTCY COURT
DISTRICT OF OREGON

2010 NOV -2 AM 11: 3▢

LODGED___ REC'D ✓

PAID___ ___DOCKETED___

# Martin L. Hudler

1020 Skyland Drive
Lake Oswego, Oregon 97034

(503) 636-3113
(503) 636-2212 facsimile

November 1, 2010

Hon. Randall Dunn
United States Bankruptcy Court
1001 SW 5th Ave, Suite 700
Portland, OR  97204

    Re:  In re Keycom, LLC
         Case No. 09-33950-rld7

Hon. Randall Dunn:

    I request that you deny the motion of National Loan Acquisitions Co. for reconsideration of their prior motion for the following reasons:

1.    There is no provision in the Bankruptcy Rules for a motion for reconsideration.

2.    National's request to bar me from further filings is done without my input.  I have not had an opportunity to be heard.  National filed a motion for relief from stay, which is a contested matter under BR 9014.  Under that Rule, I am not allowed to intervene and be heard because Federal Rule 24 does not apply in a contested case proceeding.  In fact, my response to the motion for relief from stay and request for documents was denied and rejected by the court.

    As a basic rule of Due Process, a party must be entitled to be heard before matters can be decided against him.  Under the existing rules, I have not been allowed to be heard.  Therefore, as a matter of Due Process the motion of National should not be granted.

Sincerely,

Martin L. Hudler

cc:    James Ray Streinz, Esq.